UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ELIZABETH GOODSON, et al., )<br>)<br>Defendants. ) | Case No. 4:12CV01258 AGF |

## MEMORANDUM AND ORDER

This interpleader matter is before the Court on the motion of Plaintiff Pacific Life Insurance Company for discharge and award of attorneys' fees and costs. (Doc. No. 35.) Plaintiff administered a life insurance policy for Frederic Goodson ("Decedent") and is otherwise a disinterested stakeholder. Plaintiff deposited the proceeds of Decedent's life insurance policy in the Court registry on October 25, 2012, and now seeks to be discharged from the action. Plaintiff also seeks an award of attorney's fees and costs.

Plaintiff has submitted invoices for attorney's fees, showing counsel's work for 13.4 hours at $415.00 per hour; 17.2 hours at $210.00 per hour; and 9.1 hours at $170 per hour; totaling $10,720.00. Plaintiff also has submitted proof of costs, including the $350.00 filing fee, $75.00 in process server fees, and $83.65 in copying costs, totaling $508.65.

The government, on behalf of Defendants the United States Forest Service and the United States National Park Service, filed a statement of no objection to Plaintiff's motion. No other Defendant has filed a response, and the deadline to do so has expired.

Upon review of the record, the Court concludes that Plaintiff is entitled to be discharged. *See, e.g., Stonebridge Life Ins. Co. v. Litherland*, No. 4:10–CV–1231 (CEJ), 2011 WL 743753, at *1 (E.D. Mo. Feb. 23, 2011) ("Where a stakeholder is disinterested and has deposited the stake into the Court registry, the Court may dismiss it from the interpleader action, leaving the claimants to prosecute their conflicting claims."). The Court further concludes that the fees and expenses requested are reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for discharge is **GRANTED**. (Doc. No. 35.)

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees of $10,720.00 and costs of $508.65 is **GRANTED**. (Doc. No. 35.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2013.